IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KRISTIN JACOBS, legal guardian of E.J.; AMANDA SANDY, legal guardian of H.S.; and DISABILITY LAW CENTER;<br><br>  Plaintiffs,<br><br>v.<br><br>SALT LAKE CITY SCHOOL DISTRICT and BOARD OF EDUCATION OF SALT LAKE CITY SCHOOLS,<br><br>  Defendants. | JUDGMENT<br><br>Case No. 2:21-cv-00706-JNP-CMR<br><br>District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that the plaintiffs' action is dismissed.

DATED March 31, 2023.

BY THE COURT

Jill N. Parrish
United States District Court Judge